**Dismissed and Opinion Filed July 6, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00125-CV

**DONNY JOE CURRY, Appellant**
**V.**
**AMANDA HENDERSON, TIMOTHY LINDEN, JOEL LITTLEFIELD, RANDY MEEKS, AND DUNCAN THOMAS, Appellees**

**On Appeal from the 354th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 82343**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Chief Justice Wright

The filing fee and docketing statement in this case are past due. By postcard dated February 8, 2016 we notified appellant the $205 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated February 8, 2016, we notified appellant the docketing statement had not been filed in this case. We directed appellant to file the docketing statement within ten days. We cautioned appellant that failure to do so might result in dismissal of this appeal. On March 16, 2016, the clerk's record was filed. The clerk's record does not show appellant filed an affidavit of indigency regarding this appeal. By letter dated March 21, 2016, we notified appellant the reporter's record had not been filed because appellant either had not requested the reporter's record or had not paid for or made arrangements to pay for

the record.  We directed appellant to provide the Court with written verification he had paid for or made arrangements to pay for the record, or had been found entitled to proceed without payment of costs.  We cautioned appellant that failure to provide the required documentation within ten days might result in the appeal being ordered submitted without the reporter's record.

By postcard date May 11, 2016, we sent a second request for the $205 filing fee.  We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal without further notice.  To date, appellant has not paid the filing fee, filed the docketing statement, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 37.3(b); 42.3(b),(c).


   /Carolyn Wright/
   CAROLYN WRIGHT
   CHIEF JUSTICE

160125F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DONNY JOE CURRY, Appellant

No. 05-16-00125-CV          V.

AMANDA HENDERSON, TIMOTHY
LINDEN, JOEL LITTLEFIELD, RANDY
MEEKS, AND DUNCAN THOMAS,
Appellees

On Appeal from the 354th Judicial District
Court, Hunt County, Texas
Trial Court Cause No. 82343.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Stoddart
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellees AMANDA HENDERSON, TIMOTHY LINDEN, JOEL
LITTLEFIELD, RANDY MEEKS, AND DUNCAN THOMAS recover their costs of this appeal
from appellant DONNY JOE CURRY.

Judgment entered July 6, 2016.